DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LP GLASS TECHNOLOGIES, INC.,**
Appellant,

v.

**BARRON DEVELOPMENT CORPORATION,**
Appellee.

Nos. 4D2025-2951 and 4D2025-3537

[April 30, 2026]

Consolidated appeal of a nonfinal orders from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan Briscoe Frink and Nickolaus Hunter Davis, Judges; L.T. Case Nos. 062025CA000776AXXXCE and 062025CA001241AXXXCE.

Hae Jung Kim and Kieran F. O'Connor of O'Connor & Stolinas Law Group, PLLC, Orlando, for appellant.

Morgan Lyle Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***